UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tracey H. Luellen<br>7100 Bunker Hill Road<br>The Plains, VA 20198,<br><br>      Plaintiff,<br><br>v.<br><br>Scott E. Luellen<br>2017 Allen Place, NW<br>Washington, D.C. 20009<br>Telephone (202)-460-5155<br>*Pro se*<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05cv2464 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING PLAINTIFF TRACEY H. LUELLEN'S MOTION TO REMAND THIS CASE AND FOR ATTORNEYS' FEES

Having considered Plaintiff Tracey H. Luellen's Motion to Remand This Case and for Attorneys' fees, the Memorandum of Points and Authorities in support thereof, any Opposition, any Reply, and for good cause shown, it is on this _____ day of _____, 2006 hereby:

ORDERED that Plaintiff Tracey H. Luellen's Motion to Remand this Case and for Attorneys' Fees is GRANTED, and

FURTHER ORDERED that this case is hereby REMANDED to the 20th Judicial Circuit of the Commonwealth of Virginia (Fauquier County), and

FURTHER ORDERED that Plaintiff Tracey H. Luellen shall be awarded reasonable and just attorneys' fees incurred in preparation of this motion under 28 U.S.C. § 1447(c).

SO ORDERED.

                                                       Judge Richard J. Leon
                                                       United States District Court for the
                                                       District of Columbia

Copies to:

Dane H. Butswinkas
Michael T. Morley
Williams & Connolly LLP
725 12th Street, NW
Washington, D.C. 20005
*Attorneys for Plaintiff*
*Tracey H. Luellen*

Scott E. Luellen
2017 Allen Place, NW
Washington, D.C. 20009
*Pro se Defendant*