IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tracy H. Luellen ) <br> 7100 Bunker Hill Road ) <br> The Plains, VA  20198 ) <br>     Plaintiff ) <br> ) <br> Vs. ) <br> ) <br> Scott E. Luellen ) <br> 2017 Allen Place, NW ) <br> Washington, DC 20009 ) <br> Tel. (202) 460-5155 ) <br>     Defendant ) <br> ) <br> _____ | Civil Case No. 05cv2464 (RJL) |

## NOTICE TO COURT

COMES NOW your Defendant, Scott E. Luellen, *Pro Se*, and hereby notices this honorable Court as follows in the above-styled case:

1. On December 23, 2005 at 3:32 PM EST, Defendant caused a copy of the Motion for Removal to be served via facsimile upon Robin C. Gulick, Esq., of Gulick Carson & Thorpe, PC, Plaintiff's counsel, contemporaneous with the filing of the Motion with the United States District Court for the District of Columbia (a time-date stamped confirmation report/receipt is attached hereto as Exhibit A and included by reference here);

2. On Sunday, December 25, 2005, Defendant noticed Plaintiff via electronic mail in an abundance of caution of the service to her counsel;

3. On Tuesday, December 27, 2005, at 12:24 PM EST, Plaintiff's counsel emailed Defendant claiming they learned of a filing via a telephone call from the Clerk of the US District Court and did not have the Motion;

4. On Tuesday, December 27, 2005 at 8:24 PM EST, Defendant caused to be served upon Plaintiff's counsel a second copy of the Motion to Remove and related motions (a time-date stamped confirmation report/receipt is attached hereto as Exhibit B and included by reference here);

5. On Friday, January 6, 2006, at 9:40 AM EST, pursuant to this Court's Case Management Order of January 3, 2006, Defendant caused a copy of said Order to be served on Plaintiff and Plaintiff's counsel via US first-class mail and facsimile, respectively (a time-date stamped confirmation report/receipt is attached hereto as Exhibit C and included by reference here);

6. On Friday, January 6, 2006, Defendant caused to be served upon Plaintiff and Plaintiff's counsel via US first-class mail and facsimile, respectively, copies of a) Motion for Leave to Amend; b) Draft Orders (2); and c) this Notice to the Court;

7. As required under local rules, all motions were submitted in hard-copy and filed electronically via the Court's document management system.

Very Respectfully,

Scott E. Luellen, Pro Se

Defendant
2017 Allen Place, NW
Washington, DC 20007
Tel. 202-460-5155
Fax 202-342-5219
Scottluellen02@aim.com

Case 1:05-cv-02464-RJL     Document 5     Filed 01/06/2006     Page 3 of 4

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was faxed to Robin Gulick, Esq., Counsel for the Plaintiff/Appellee, Gulick Carson & Thorpe, PC, 70 Main St # 52 Warrenton, VA via facsimile to 540-347-9711 on this 6th day of January, 2006 and mailed a copy via first-class mail to Plaintiff at the address included herein.

_____
Scott E. Luellen, Defendant