UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tracey H. Luellen<br>7100 Bunker Hill Road<br>The Plains, VA 20198<br><br>   Plaintiff<br><br>   v.<br><br>Scott E. Luellen<br>2017 Allen Place, NW<br>Washington, DC 20009<br>Tel. (202) 460-5155<br><br>   Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Case No. 05cv2464   (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR LEAVE TO AMEND MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, TRO IN THE ALTERNATIVE; AMENDED MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, IN THE ALTERNATIVE, TRO**

COMES NOW your Defendant, Scott E. Luellen, *Pro Se*, and hereby moves this honorable Court grant it leave to amend his Motion for Preliminary Injunctive relief and Temporary Restraining Order in the alternative, to include information not known to him at the original time of filing or events that had not yet occurred, both of which have a material impact on the Motion and the fair and timely adjudication thereof.  This Motion for Leave to Amend is filed simultaneous with the requested Amended Motion for Preliminary Injunctive Relief, Temporary Restraining Order (TRO), and amends the original motion in the following four (4) ways:

1) The Defendant has learned local rules dictate use of Affidavits in lieu of testimony supporting Preliminary Injunctions and/or TRO's and no such affidavits were included with the original complaint unless the complaint itself was characterized as an affidavit, thus sworn a sworn affidavit supporting the Motion is attached hereto and included by reference here;

2) The Defendant has learned local rules dictate a draft order be included with all Motions for the Court's use and to expedite adjudication and draft orders were neither attached to the original complaint nor the Motion for Injunctive Relief, etc. thus draft motions are attached hereto and included by reference here;

3) The Defendant has learned the statutory jurisdiction of the Motion for Preliminary Injunctive relief should include Rule 65(b), and Rule 62(b) as it pertains to and includes Rule 60(b);

4) The Defendant has learned that pursuant to satisfaction of Rule 65(a), evidence of which has already been presented to this Court and the passage of over 12 days without response from Plaintiff, that sufficient notice and opportunity to respond has been provided to allow the Court to enter said order pending satisfaction of its scheduling order and related hearings issued January 3, 2006;

I ask for this:


Scott E. Luellen, Pro Se
Defendant
2017 Allen Place, NW
Washington, DC 20007
Tel. 202-460-5155
Fax 202-342-5219
Scottluellen02@aim.com

CERTIFICATE OF SERVICE

I certify that a copy of the Defendant's Motion was faxed to Robin Gulick, Esq., Counsel for the Plaintiff/Appellee, Gulick Carson & Thorpe, PC, 70 Main St # 52 Warrenton, VA via facsimile to 540-347-9711 on this 6th day of January, 2006 and mailed a copy via first-class mail to Plaintiff at the address included herein.

_____
Scott E. Luellen, Defendant