IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Tracy H. Luellen<br>7100 Bunker Hill Road<br>The Plains, VA  20198<br>    Plaintiff<br><br>Vs.<br><br>Scott E. Luellen<br>2017 Allen Place, NW<br>Washington, DC 20009<br>Tel. (202) 460-5155<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 05cv2464 (RJL) |

_____

**ORDER**

This matter came before the Court on Defendant's *Motion for Leave to Amend Motion for Preliminary Injunctive Relief and Temporary Restraining Order, in the Alternative*, filed simultaneous with said Amended Motion on January 6, 2006, after due consideration the Motion to Amend is well taken, should be, and hereby is GRANTED;

SO ORDERED, this _____ day of January 2006.

_____

Honorable Richard Leon

UNITED STATES DISTRICT JUDGE

Cc's

Gail Barb, Circuit Court Clerk
20th Judicial Circuit Court of Virginia
40 Culpeper St.
Warrenton, VA 20186
Tel. (540) 347-8610
clerk@fauquiercounty.gov

Scott E. Luellen, *Pro Se*
Defendant
2017 Allen Place, NW
Washington, DC 20009
Tel. (202) 460-5155
ScottLuellen02@aim.com

Robin C. Gulick, Esq.
Plaintiff
Gulick, Carson & Thorpe, PC,
70 Main St # 52 Warrenton, VA  20186-3346
Tel. (540) 347-3022
Fax (540) 347-9711
jschneider.gct@verizon.net

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was faxed to Robin Gulick, Esq., Counsel for the Plaintiff/Appellee, Gulick Carson & Thorpe, PC, 70 Main St # 52 Warrenton, VA via facsimile to 540-347-9711 on this 6th day of January 2006 with a copy mailed via first-class mail to Plaintiff at the address shown herein.

_____
Scott E. Luellen, Defendant