IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Tracy H. Luellen<br>7100 Bunker Hill Road<br>The Plains, VA  20198<br>          Plaintiff<br><br>Vs.<br><br>Scott E. Luellen<br>2017 Allen Place, NW<br>Washington, DC 20009<br>Tel. (202) 460-5155<br>          Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 05cv2464 (RJL) |

_____

**ORDER**

This matter came before the Court on Defendant's *Motion for Removal, Motion for Emergency Stay, In the Alternative, Motion for Injunctive Relief and Motion for Expedited Consideration*, including waiver of oral arguments filed December 23, 2005; and Defendant amended motions filed December 28, 2005; after due consideration of the Motions and affidavit, including the exhibits attached thereto, and finding no additional benefit of oral arguments at this time, and that Plaintiff having had proper and timely notice and not raised a meritorious objection, under the statute authorities of Rule 65(b), and Rule 62(b) as it pertains to and includes Rule 60(b) of the Federal Rules of Civil Procedure, the Court finds the Defendant's *Motion for Emergency Stay, In the Alternative, Motion for Injunctive Relief and Motion for Expedited Consideration* are well taken, should be, and hereby is GRANTED; and it is,

FURTHER ORDERED, that the Order of the 20th Circuit Court of the Commonwealth of Virginia issued December 6, 2005, is hereby STAYED for pending completion of this Court's scheduling order of January 3, 2006 and the earliest availability thereafter, pending a hearing with full briefs and oral arguments;

FURTHER ORDERED, the Clerk of Court of the 20th Judicial Circuit of Virginia is hereby directed to immediately notify the Sheriff of that jurisdiction and the NCIC of said suspension.

SO ORDERED, this _____ day of January 2006.

---

Honorable Richard Leon

UNITED STATES DISTRICT JUDGE

Cc's

Gail Barb, Circuit Court Clerk
20th Judicial Circuit Court of Virginia
40 Culpeper St.
Warrenton, VA 20186
Tel. (540) 347-8610
clerk@fauquiercounty.gov

Scott E. Luellen, *Pro Se*
Defendant
2017 Allen Place, NW
Washington, DC 20009
Tel. (202) 460-5155
ScottLuellen02@aim.com

Robin C. Gulick, Esq.
Plaintiff
Gulick, Carson & Thorpe, PC,

70 Main St # 52 Warrenton, VA  20186-3346
Tel. (540) 347-3022
Fax (540) 347-9711
jschneider.gct@verizon.net

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing was faxed to Robin Gulick, Esq., Counsel for the Plaintiff/Appellee, Gulick Carson & Thorpe, PC, 70 Main St # 52 Warrenton, VA via facsimile to 540-347-9711 on this 6th day of January 2006 with a copy mailed via first-class mail to Plaintiff at the address shown herein.

                                                         _____
                                                             Scott E. Luellen, Defendant