UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tracey H. Luellen<br>7100 Bunker Hill Road<br>The Plains, VA 20198<br><br>    Plaintiff<br><br>    v.<br><br>Scott E. Luellen<br>2017 Allen Place, NW<br>Washington, DC 20009<br>Tel. (202) 460-5155<br><br>    Defendant | Civil Case No. 05cv2464   (RJL) |

**AFFADAVIT & DECLARATION OF DEFENDANT IN SUPPORT OF DEFENDANT'S MOTION FOR PRELIMINARY INJUCTIVE RELIEF, IN THE ALTEERNATIVE, TEMPORARY RESTRAINING ORDER**

SCOTT E. LUELLEN, Defendant in this action, under penalty of perjury, deposes and says:

1. I am over eighteen years of age and am competent to testify as to the matters here set forth. I make this affidavit on the basis of my personal knowledge.

2. I reside in the District of Columbia.

3. I conceded in May and June 2005 that two payments due under his decree of divorce had not been paid; however, expressly, did not concede ability and refusal to pay; on the contrary, I argued repeatedly I was

unable to immediately pay because of unforeseen events with my employer and that in any case; funds would need to be borrowed.

4. I verily believe the Virginia Court neither ruled nor made a determination of my ability and willingness to pay; on the contrary, comments in the record reflect the Court's believe that I was unable to pay.

5. I verily believe the Orders in the case issued by the Court are unconstitutional and derive from the misperception that a concession that a payment had not been made was sufficient grounds to order detention for plenary/indirect civil contempt;

6. I was unaware of a right to counsel in hearings were I was Pro Se that could have resulted in detention on four (4) occasions, nor was I advised of a right to counsel by the Court or any of its employees;

7. I offered bank records to the Court, to a substitute Judge, in June 2005 to demonstrate inability to pay and the Court was disinterested in accepting them;

8. I offered documents pertaining to ability to pay and efforts underway to the Court on October 4, 2005 and Court transcripts show the Court refused to review the evidence, without explanation, although noted it should be entered into the record by 'placing it in the file;'

9. I remain unable to pay the civil judgment entirely at time of the order of detention.

I declare under penalty of perjury and upon personal knowledge that the foregoing is true and correct.

                                        Date:  January 6, 2006

Scott E. Luellen, Pro Se
Defendant
2017 Allen Place, NW
Washington, DC 20007
Tel. 202-460-5155
Fax 202-342-5219
Scottluellen02@aim.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was faxed to Robin Gulick, Esq., Counsel for the Plaintiff/Appellee, Gulick Carson & Thorpe, PC, 70 Main St # 52 Warrenton, VA via facsimile to 540-347-9711 on this 6th day of January, 2006 and mailed a copy via first-class mail to Plaintiff at the address included herein.

_____
Scott E. Luellen, Defendant