## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Tracy H. Luellen )
7100 Bunker Hill Road )
The Plains, VA 20198 )
        Plaintiff )
 )
Vs. )   Civil Case No. 05cv2464 (RJL)
 )
Scott E. Luellen )
2017 Allen Place, NW )
Washington, DC 20009 )
Tel. (202) 460-5155 )
        Defendant )
 )

## ORDER

This matter came before the Court on Defendant's *Motion for Summary Judgment Regarding Defendant's Motion for Removal*; after due consideration of the Motion, and that Plaintiff having had proper and timely notice and has neither replied nor raised meritorious objections, under the statute authorities of Rule 56(a) and 81(c) of the Federal Rules of Civil Procedure, the Court finds the Defendant's *Motion for Summary Judgment Regarding Defendant's Motion for Removal* is well taken and hereby is GRANTED; and it is,

SO ORDERED, this _____ day of January 2006.

_____
Honorable Richard Leon

UNITED STATES DISTRICT JUDGE

Cc's

Gail Barb, Circuit Court Clerk
20th Judicial Circuit Court of Virginia
40 Culpeper St.
Warrenton, VA 20186
Tel. (540) 347-8610
clerk@fauquiercounty.gov

Scott E. Luellen, *Pro Se*
Defendant
2017 Allen Place, NW
Washington, DC 20009
Tel. (202) 460-5155
ScottLuellen02@aim.com

Robin C. Gulick, Esq.
Plaintiff
Gulick, Carson & Thorpe, PC,
70 Main St # 52 Warrenton, VA  20186-3346
Tel. (540) 347-3022
Fax (540) 347-9711
jschneider.gct@verizon.net