UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tracy H. Luellen ) | |
| 7100 Bunker Hill Road ) | |
| The Plains, VA  20198 ) | Civil Case No. 05cv2464 (RJL) |
|             ) | |
|      *Plaintiff,* ) | |
|             ) | |
|    v.    ) | |
|             ) | |
| Scott E. Luellen ) | |
| 2017 Allen Place, N.W. ) | |
| Washington, D.C.  20009 ) | |
| (202) 460-5155 ) | |
|             ) | |
|      *Defendant.* ) | |
| _____) | |

## PLAINTIFF TRACY H. LUELLEN'S MOTION TO WAIVE OR STAY THE RULE 26(f) CONFERENCE

Plaintiff Tracy H. Luellen, by and through counsel, hereby moves that this Court waive or stay the requirement that the parties meet and confer under Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3.

This is a divorce case initiated over two years ago, on August 11, 2003, in the 20th Judicial Circuit of the Commonwealth of Virginia (Fauquier County). On January 25, 2005, the Virginia court granted the divorce and issued a decree requiring Defendant Scott E. Luellen to pay Mrs. Luellen spousal and child support. Due to Mr. Luellen's repeated failures to comply with this decree, the court issued a capias for his arrest on December 8, 2005. Dissatisfied with the Virginia court's rulings, on December 23, 2005—over two years after the case was first filed—Mr. Luellen filed a motion purporting to remove it from Virginia state court to the United States District Court for the District of Columbia.

On January 3, 2006, this Court issued a standard Case Management Order requiring that, within thirty days of issuance, the parties "confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3." *Case Mgmt. Ord.* at 1. The deadline for this conference is Thursday, February 2, 2006.

On January 11, 2006, Mrs. Luellen filed a Motion to Remand the Case and for Attorneys' Fees, setting forth the numerous fatal flaws in Mr. Luellen's attempt at removal,[1] most notably this Court's lack of subject-matter jurisdiction. This Court has yet to rule on that Motion.

Given the unique procedural posture of this case, there is simply nothing for the parties to meet and confer about. The Virginia court has ruled on all outstanding claims and ordered Mr. Luellen to fulfill his child support and alimony obligations; nothing remains to litigate before this Court. Mr. Luellen is simply seeking to appeal or collaterally attack the Virginia court's orders by attempting to remove the case to this Court. Particularly given this Court's clear lack of jurisdiction over this matter and the numerous ways in which its removal is flatly barred by 28 U.S.C. §§ 1441 and 1446, Mrs. Luellen respectfully requests that this Court waive the requirement for a conference under Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3, or at the very least stay that requirement until this Court rules on Mrs. Luellen's Motion to Remand.[2]

---

[1] As explained in the Motion, removal is improper because: (i) this Court lacks subject-matter jurisdiction over the dispute; (ii) the case is barred by the domestic relations exception to federal court jurisdiction; (iii) the case is barred by the *Rooker-Feldman* doctrine; (iv) removal is untimely under 28 U.S.C. § 1446(b); (v) Mr. Luellen waived his right to remove the case by actively litigating it for two years; and (vi) Mr. Luellen cannot remove a case pending in Virginia state court to the United States District Court for the District of Columbia.

[2] A waiver or stay of the Rule 26(f) conference would likewise waive or stay the requirements that the parties file a joint meet and confer statement discussing the topics listed in Local Civil Rule 16.3(c) and a proposed scheduling order in accordance with Local Civil Rule 16.3(d), because the deadline for both filings is fourteen days after the Rule 26(f) conference.

      Counsel unsuccessfully attempted to contact Mr. Luellen by telephone and left a message. Consequently, counsel was unable to ascertain whether Mr. Luellen consents to this Motion.

      A Proposed Order is attached.

                      Respectfully submitted,

                      */s/ Michael T. Morley*
                      Dane Butswinkas (D.C. Bar #425056)
                      Michael T. Morley (D.C. Bar #492716)
                      WILLIAMS & CONNOLLY LLP
                      725 12th Street, N.W.
                      Washington, D.C. 20005
                      (202) 434-5247
                      Fax: (202) 434-5029

Dated: January 31, 2006

## CERTIFICATE OF SERVICE

I, Michael T. Morley, Esq., do hereby certify that on this 31st day of January, 2006, I did cause a true and correct copy of the foregoing Plaintiff Tracy H. Luellen's Motion to Waive or Stay the Rule 26(f) Conference and Proposed Order to be served via first-class mail, postage prepaid, upon:

Scott E. Luellen
2017 Allen Place, N.W.
Washington, D.C. 20009
*Pro se Defendant*

_____
Michael T. Morley (D.C. Bar #)