UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Tracy H. Luellen<br>7100 Bunker Hill Road<br>The Plains, VA  20198<br><br>*Plaintiff*,<br><br>v.<br><br>Scott E. Luellen<br>2017 Allen Place, N.W.<br>Washington, D.C.  20009<br>(202) 460-5155<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 05cv2464 (RJL) |

**ORDER GRANTING PLAINTIFF TRACY H. LUELLEN'S MOTION TO WAIVE OR STAY THE RULE 26(f) CONFERENCE**

Having considered Plaintiff Tracy H. Luellen's Motion to Waive or Stay the Rule 26(f) Conference, any Opposition thereto, any Reply, and for good cause shown, it is on this _____ day of _____, 2006 hereby:

ORDERED that Plaintiff Tracy H. Luellen's Motion to Waive or Stay the Rule 26(f) Conference is GRANTED; and

FURTHER ORDERED that the requirement that the parties engage in a conference pursuant to Federal Rule of Civil Procedure 26(f), Local Civil Rule 16.3, and this Court's Case Management Order of January 3, 2006, is hereby waived; and

FURTHER ORDERED that the parties are excused from filing the joint meet and confer statement and proposed scheduling order due within fourteen

days of that conference.

        SO ORDERED.

_____
Judge Richard J. Leon
United States District Court for the
District of Columbia

Copies to:

Michael T. Morley
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
*Attorney for Plaintiff*
*Tracy H. Luellen*


Scott E. Luellen
2017 Allen Place, N.W.
Washington, D.C. 20009
*Pro se Defendant*