UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tracey H. Luellen, ) | |
| ) | Case No. 05cv2464 (RJL) |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Richard Leon |
| ) | |
| Scott E. Luellen, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### PLAINTIFF'S MOTION FOR A HEARING ON PLAINTIFF'S PENDING MOTION TO REMAND THIS CASE AND FOR ATTORNEYS' FEES.

Plaintiff Tracey H. Luellen, by and through counsel, hereby moves that this Honorable Court grant a hearing on her pending Motion to Remand This Case and for Attorneys' Fees.

On March 1, 2006, counsel spoke with Defendant Scott E. Luellen (*pro se*) by telephone. Despite counsel's good faith efforts, Mr. Luellen would not consent to this Motion.

Mrs. Luellen respectfully requests a hearing so this matter can be disposed of efficiently. Mr. Luellen is attempting to remove to this Court his divorce case, which was formerly pending in the 20th Judicial Circuit of the Commonwealth of Virginia (Fauquier County). In the two months since filing his "Motion for Removal," Mr. Luellen has filed numerous other frivolous documents, motions, and requests with this Court, including: (i) motion for an emergency stay, (ii) first amended motion for removal, (iii) notice to court, (iv) motion for leave to amend motion for preliminary injunctive relief, TRO in the alternative, (v) motion in support of defendant's motion for

preliminary injunctive relief (including an order and affidavit), (vi) notice to court (second), (vii) motion for summary judgment, and most recently (viii) motion to transfer. Given this Court's clear lack of subject-matter jurisdiction and the patently untimely nature of the removal motion, Mrs. Luellen hopes to stem the flow of such filings.

A hearing is also necessary because there are no upcoming proceedings in the underlying divorce case that will allow the parties to appear before this Court. The Fauquier County Circuit Court has already issued a divorce decree and awarded Mrs. Luellen child and spousal support. S*ee Plaintiff's Motion to Remand*, Ex. C. It has likewise repeatedly held Mr. Luellen in contempt for violating that order. *Id.*, Ex. D-J. Most recently, it issued a capias for his arrest until he pays the $175,164.53 he owes Mrs. Luellen. *Id.*, Ex. K. This matter has been adjudicated; as Mr. Luellen admits, he is seeking "review [of the] civil contempt order issued December 6, 2005" by the Fauquier County Court. *Defendant's Response to Plaintiff's Motion for Miscellaneous Relief Regarding Rule 26(f) Conference.* This Court is clearly the wrong forum for such review. Given the absence of any future proceedings that will otherwise bring the parties before this Court, a hearing will permit this matter to be promptly disposed of and the attorneys' fee issue justly resolved, *see* 28 U.S.C. § 1447(c); *Martin v. Franklin Capital Corp.*, 163 L. Ed. 2d 547, 552 (2005) (Roberts, C.J.) (holding that an award of attorneys' fees is appropriate where the removing party lacks "an objectively reasonable basis for removal").

                                Respectfully submitted,

                                */s/ Michael T. Morley*
                                Michael T. Morley (D.C. Bar #492716)
                                WILLIAMS & CONNOLLY LLP
                                725 12th St. NW

- 3 -

                                                  Washington, D.C.  20005
                                                  (202) 434-5247
                                                  Fax:  (202) 434-5029

Dated: March 2, 2006                            *Attorney for Plaintiff Tracey H. Luellen*

## CERTIFICATE OF SERVICE

I, Michael T. Morley, do hereby solemnly swear that on this 2nd day of March, 2006, I did cause a true and correct copy of the foregoing Plaintiff's Motion for a Hearing on Plaintiff's Pending Motion to Remand This Case and for Attorney's Fees, and Proposed Order, to be served via first-class mail, postage prepaid, upon:

> Scott E. Luellen
> 2017 Allen Place, NW
> Washington, D.C. 20007

_____
Michael T. Morley (D.C. Bar #492716)