UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Tracey H. Luellen, | ) | |
| | ) | Case No. 05cv2464 (RJL) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Richard Leon |
| | ) | |
| Scott E. Luellen, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR A HEARING ON PLAINTIFF'S PENDING MOTION TO REMAND THIS CASE AND FOR ATTORNEYS' FEES.

Having considered Plaintiff's Motion for a Hearing on Plaintiff's Pending Motion to Remand This Case and for Attorneys' Fees, any Opposition thereto, any reply, and for good cause shown, it is, on this _____ day of _____, 2006, hereby:

ORDERED that Plaintiff's Motion for a Hearing on Plaintiff's Pending Motion to Remand This Case and for Attorneys' Fees is GRANTED; and

FURTHER ORDERED that the parties are directed to appear before this Court for a hearing on Plaintiff's Motion to Remand This Case and for Attorneys' Fees on _____, 2006, at ___:___ A.M./P.M.

- 1 -

- 2 -

SO ORDERED.

_____
Judge Richard J. Leon
United States District Court for the
District of Columbia

Copies to:

Dane H. Butswinkas
Michael T. Morley
Williams & Connolly LLP
725 12th St. NW
Washington, D.C.  20005
*Attorneys for Plaintiff*
*Tracey H. Luellen*

Scott E. Luellen
2017 Allen Place, NW
Washington, D.C.  20009
*Pro se Defendant*