UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Tracey H. Luellen, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05cv2464 (RJL) |
| v. | ) | |
| | ) | |
| Scott E. Luellen, *Pro Se*, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Plaintiff Tracey H. Luellen hereby gives notice that Mark A. Smith is being substituted as counsel, replacing Dane H. Butswinkas and Michael T. Morley of Williams & Connolly LLP.

Respectfully submitted,

_____  _____
Dane H. Butswinkas (DC Bar #425056)   Mark A. Smith (DC Bar #439116)
Williams & Connolly LLP               Law Offices of Mark A. Smith, LLC
725 12th Street, N.W.                 1785 Massachusetts Avenue, N.W.
Washington, D.C. 20005                Suite 100
202-434-5110                          Washington, D.C. 20036
202-434-5029                          202-776-0022
                                      202-756-7516 (Fax)

Dated: April 3, 2006

## CERTIFICATE OF SERVICE

I, Mark A. Smith, Esq., do hereby swear that on this ___ day of April, 2006, I did cause a true and correct copy of the foregoing Notice of Substitution of Counsel to be served via first-class mail, postage prepaid, upon:

Scott E. Luellen
2017 Allen Place, NW
Washington, D.C. 20009
*Pro se Defendant*

Mark A. Smith (DC Bar #439116)