UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRACEY H. LUELLEN** ) | |
| ) | **Civil Action No. 05cv2464 (RJL)** |
| **Plaintiff,** ) | |
| v. ) | |
| **SCOTT E. LUELLEN,** *Pro Se* ) | |
| **Defendant.** ) | |

### ENTRY OF APPEARANCE OF
### SUBSTITUTE COUNSEL FOR PLAINTIFF

Mark A. Smith, hereby enters his appearance, in the matter captioned above, on behalf of Plaintiff, Tracey H. Luellen .

        Respectfully submitted,

        LAW OFFICE OF MARK A. SMITH, LLC

        /s/
By: _____
        Mark A. Smith
        Admitted in the State of Maryland and the
        District of Columbia (Bar # 439116).
        1785 Massachusetts Avenue, NW
        Suite 100
        Washington, DC 20036
        Attorney for Plaintiff

Dated: April 7, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of April, 2006, I caused a true and correct copy of the foregoing Entry of Appearance, to be served by first-class mail, postage prepaid upon:

      Scott E. Luellen
      2017 Allen Place, NW
      Washington, DC 20009
      ***Pro se Defendant***

/s/
_____
Mark A. Smith