UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Tracy H. Luellen, | ) |
|       Appellee/Plaintiff, | ) |
| v. | ) Civil Case No. 05-2464 (RJL) |
| Scott E. Luellen, | ) |
|       Appellant/Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 27th day of June 2006, hereby

**ORDERED** that [1] Defendant's Motion for Removal from State Court to U.S. District Court is DENIED; it is further

**ORDERED** that [4] Plaintiff Tracey H. Luellen's Motion to Remand is GRANTED; it is further

**ORDERED** that the case is SUMMARILY REMANDED to the 20th Judicial Circuit of the Commonwealth of Virginia (Fauquier County); it is further

**ORDERED** that [2] Defendant's Motion for an Emergency Stay, or in the Alternative for Preliminary Injunctive Relief and/or a Temporary Restraining Order is DENIED as moot; it is further

**ORDERED** that [6] Defendant's Motion for Leave to Amend Motion for Preliminary Injunctive Relief and/or a Temporary Restraining Order is DENIED as moot; it is further

**ORDERED** that [7] Defendant's Motion for Summary Judgment Regarding Defendant's Motion for Removal is DENIED as moot; it is further

**ORDERED** that [8] Plaintiff Tracy H. Luellen's Motion to Waive or Stay the Rule 26(f) Conference is DENIED as moot; it is further

**ORDERED** that [10] Defendant's Motion to Transfer is DENIED as moot; it is further

**ORDERED** that [12] Plaintiff's Motion for a Hearing on Plaintiff's Pending Motion to Remand This Case and for Attorneys' Fees is DENIED as moot; and it is further

**ORDERED** that the plaintiff file a separate motion and supporting documentation for attorneys' fees is she wishes to pursue such a claim, as represented in [4] Plaintiff Tracey H. Luellen's Motion to Remand and for Attorneys' Fees.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge